UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY SULKIS,<br><br>              Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, *et al*.,<br><br>              Defendants. | Case No. 2:18-cv-02433-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Discovery Plan and Scheduling Order (Submitted in Compliance with 26-1(b) (ECF No. 10), filed February 1, 2019. LR 26-1(a) provides that "[i]f longer deadlines are proposed, the plan must state on its face "SPECIAL SCHEDULING REVIEW REQUESTED. Plans requesting special scheduling review must include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(b), a statement of the reasons why longer or different time periods should apply." The Defendant's proposed discovery plan requests a 210-day discovery period but fails to set forth the reasons for a discovery period in excess to 180 days. In addition, the Defendant's failed to state "SPECIAL SCHEDULIGN REVIEW REQUESTED" on the face of its pleading in bold type. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Discovery Plan and Scheduling Order (Submitted in Compliance with 26-1(b) (ECF No. 10) is **denied**, without prejudice.

Dated this 4th day of February, 2019.

                                                                GEORGE FOLEY, JR.
                                                                UNITED STATES MAGISTRATE JUDGE